IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | CRIMINAL ACTION NO. |
| v.                          ) | 2:09cr181-MHT |
| ) | (WO) |
| JAMES BERNARD MATTHEWS      ) | |

### ORDER

It is ORDERED that:

(1) The motion to dismiss (Doc. 141) is granted.

(2) The revocation petition (Doc. 136) is dismissed.

(3) Defendant James Bernard Matthews's term of supervised release is terminated, and said defendant is discharged.

DONE, this the 30th day of July, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**